UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-22609-COOKE/O'SULLIVAN**

JOHNNY E. POOLE, *for himself and others similarly situated*,

    Plaintiffs,

vs.

KRATOS LOGISTICS LLC, MIGUEL ANGEL RODRIGUEZ, and DANIEL CAMEJO,

    Defendants.

_____/

**ORDER OF REFERRAL TO MEDIATION**

Trial having been set in this matter for the two-week period commencing **May 23, 2022**, under Federal Rule of Civil Procedure 16 and Southern District Local Rule 16.2, it is hereby

**ORDERED and ADJUDGED** as follows:

1. All parties are required to participate in mediation. The mediation must be completed by **February 21, 2022**.

2. Plaintiff's counsel, or another attorney agreed upon by all counsel of record and any unrepresented parties, will be responsible for scheduling the mediation conference. The parties are encouraged to avail themselves of the services of any mediator on the List of Certified mediators, maintained in the office of the Clerk of this Court, but may select any other mediator. The parties must agree upon a mediator within 15 days from the date of this Order and notify the Court. If there is no agreement, Plaintiff's counsel must promptly notify the Clerk in writing and the Clerk will designate a mediator from the List of Certified Mediators, which designation will be made on a blind rotation basis.

3. The parties must agree on a place, date, and time for mediation convenient to the mediator, counsel of record, and any unrepresented parties. The Plaintiff's attorney must complete the attached proposed Order Scheduling Mediation and submit it to the Court no later than 30 days before the mediation.

4. The appearance of counsel and each party, or a representative of each party with full authority to enter into a full and complete compromise and settlement, is mandatory. If insurance is involved, an adjuster with authority up to the policy limits or the

most recent demand, whichever is lower, must attend.

5. All discussions, representations, and statements made at the mediation conference will be confidential and privileged.

6. At least ten days prior to the mediation date, all parties must present to the mediator a brief written summary of the case identifying issues to be resolved. Copies of these summaries must be served on all other parties.

7. The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements herein or who otherwise violate the terms of this Order. The mediator must report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

8. The mediator will be compensated in accordance with the standing order of the Court entered pursuant to Rule 16.2(b)(7), or on such basis as may be agreed to in writing by the parties and the mediator selected by the parties. The parties will share the cost of mediation equally unless otherwise ordered by the Court.

9. If a full or partial settlement is reached in this case, counsel must promptly notify the Court of the settlement in accordance with Local Rule 16.2(f), by the filing of a notice of settlement signed by counsel of record within ten (10) days of the mediation conference. Thereafter the parties must forthwith submit an appropriate pleading concluding the case.

10. Within five days following the mediation conference, the mediator must file a Mediation Report indicating whether all required parties were present. The report must also indicate whether the case settlement (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

11. If mediation is not conducted, sanctions may be imposed.

**DONE and ORDERED** in chambers at Miami, Florida, this 9th day of August 2021.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22609-COOKE/O'SULLIVAN

JOHNNY E. POOLE, *for himself and others similarly situated*,

    Plaintiffs,

vs.

KRATOS LOGISTICS LLC, MIGUEL ANGEL RODRIGUEZ, and DANIEL CAMEJO,

    Defendants.
_____/

### ORDER SCHEDULING MEDIATION

The mediation conference in this matter must be held with _____ on _____, 20___, at _____ .m. at _____ _____, Florida.

ENTERED this _____ day of _____ 2020.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies furnished to: