# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-22609-COOKE/O'SULLIVAN

JOHNNY E. POOLE,
For himself and others similarly situated,

      Plaintiff(s),

v.

KRATOS LOGISTICS LLC, MIGUEL ANGEL
RODRIGUEZ, and DANIEL CAMEJO,

      Defendant.

_____/

## DECLARATION OF MIGUEL RODRIGUEZ

I, Miguel Rodriguez, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     My name is Miguel Rodriguez. I am President of Kratos Logstics, LLC ("Kratos"). I am over twenty-one years of age and otherwise competent to make this declaration. I make this declaration based on my personal knowledge, my review of company records, and my familiarity with the systems used by the company. Because of my role, I have personal knowledge of Kratos's record-keeping practices, its onboarding process for new employees, information about its personnel, and information about the Arbitration Agreements that it enters into with employees.

2.     Kratos is a Florida-based company that provides local delivery services to Amazon, which is an online retailer. To provide those local delivery services, Kratos employs delivery drivers (called Delivery Associates) that drive delivery vans and make local deliveries.   Kratos exclusively hires its Delivery Associates, pays them, decides their hours of work, and determines their working conditions. Kratos hired Johnny Poole in March 2021 to work as a Delivery Associate. As a Delivery Associate for Kratos, Poole

picked up packages from an Amazon warehouse in Miami, Florida, and delivered those packages to Amazon customer's homes or businesses located in southern Florida. Poole did not make deliveries for Kratos outside of Florida or deliveries that required him to cross state lines while he was working for Kratos.  Kratos does not provide delivery services outside of the state of Florida or otherwise do business outside of the state of Florida.

3.      When Kratos potentially wants to hire a new employee as a Delivery Associate, before the employee starts working, Kratos requires that person to complete an "onboarding" process. As part of that onboarding process, the potential new employee will, among other things, electronically provide some information to Kratos, register with Amazon as a delivery driver for Kratos, and review and accept an Arbitration Agreement.

4.      This is how the onboarding process works. When I intend to hire a new employee, I create a profile for the employee using their name and e-mail address and cause the onboarding system to send the individual an e-mail. The e-mail notifies the individual of Kratos's invitation to join Kratos in delivering Amazon packages, and provides instructions for accessing the steps in the onboarding process. This is a screenshot of such an email to a potential new employee inviting them to access the onboarding process:



5.      After an employee clicks the "Sign in" link in the email above, the web browser will open a Welcome page that informs the potential employee that Kratos has invited them to join its delivery company and they can "join Kratos" by clicking on the provided link and creating an account. This is a screenshot of the Welcome page:



6.     In order to create their account, the individual has to verify their e-mail address with a unique one-time password that the system sends to their e-mail address, and then the individual sets their own private password. Once they have created and securely accessed their account, they are invited to accept Kratos's invitation to join the company and continue onboarding by clicking on "Accept Invitation." This is a screenshot of that page:



7.     When the new individual clicks "Accept Invitation," the link takes the potential new employee to page instructing him or her to download an application on their

mobile device in order to continue with the onboarding process. This is a screenshot of that page:



8.      When the employee clicks "Download app," the screen displays a link for the employee to pull up on his or her mobile device to download an application, on that device, that can be used to continue with the process. Once the potential new employee downloads that application and launches it on his or her mobile device, the person must then enter his or her email and personal password referenced above.

9.      After the user enters the correct email address and password and clicks "Sign In," the application proceeds to the following page:



10.    After the user clicks "Continue," the application displays the following page:



11.    If the user taps the line that says "Arbitration Agreement        Start        >" shown in the screenshot above, then the application displays the following Arbitration Agreement shown in the screenshots below, and the employee can tap the screen to scroll through the agreement:



6:24                                              6:25

‹   ☰      ACCEPT TERMS              ‹   ☰      ACCEPT TERMS

## MUTUAL AGREEMENT TO INDIVIDUAL ARBITRATE DISPUTES

It is the Company's goal to provide you "Employee") with a rewarding work environment. Disputes related to work arise, however, and, if not resolved informally, can be disruptive, costly, ar consuming to resolve. Arbitration is ar alternative to the traditional lawsuit ar resolve disputes more quickly and with cost. In a traditional lawsuit, issues are resolved in court by a judge or a jury. I arbitration, issues are resolved outside court by an independent third-party, k as an arbitrator.

MANDATORY ARBITRATION. THE EMP AND COMPANY AGREE THAT ANY CO CLAIM (DEFINED BELOW), WHETHER E IN CONTRACT, TORT, STATUTE, COMM LAW, FRAUD, MISREPRESENTATION O OTHER LEGAL OR EQUITABLE THEOR\

**Covered Claims.** Except as explained i section "Claims Not Covered" below, th Mutual Agreement to Individually Arbi Disputes (this "Agreement") covers all current, and future grievances, dispute claims, issues, or causes of action (coll "claims") under applicable federal, stat local laws, arising out of or relating to Employee's application, hiring, hours v services provided, and/or employment the Company or the termination there and/or (b) a Company policy or practic the Company's relationship with or to customer, vendor, or third party, inclu without limitation claims Employee ma against the Company and/or any Cove Parties (defined below), or that the Co may have against Employee.

The claims covered by this Agreement include, but are not limited to claims a under or relating to: (i) Title VII of the C Rights Act of 1964 and similar state sta (ii) Age Discrimination in Employment . similar state statutes: (iii) Fair Labor





similar state statutes; (vi) injuries you
are attributable to the Company under
theories of product liability, strict liabil
intentional wrongdoing, gross negliger
negligence, or respondeat superior; (vi
actions or omissions of third parties yc
attribute to the Company; (viii) claims I
pursuant to actual or alleged exceptior
the exclusive remedy provisions of sta
workers compensation laws; (ix) Conso
Omnibus Budget Reconciliation Act of
(v) federal and state antitrust law; (xi) i
regarding benefits, bonuses, wages, pe
co-employment, or joint employment;
contracts between you and the Compa
(xiii) personal or emotional injury to yc
your family; (xiv) federal, state, local, o
municipal regulations, ordinances, or c
(xv) any common law, or statutory law
relating to discrimination by sex, race,
national origin, sexual orientation, fam
marital status, disability, medical cond
weight, dress, or religion or other
characteristic protected by applicable I
(xvi) wrongful retaliation of any type

benefit plan actionable at law or equity
(xvii) misappropriation of confidential
information or other acts or omissions
you.

Without limiting the above, the Employ
the Company each specifically acknow
and agrees that all claims involving mi
wages, overtime, unpaid wages, expen
reimbursement, wage statements, and
involving meal and rest breaks shall be
subject to arbitration under this Agree

The Employee and the Company each
specifically acknowledges and agrees t
claims brought by the Employee agains
of the Covered Parties, whether broug
jointly or severally with claims against
Company, shall be subject to arbitratio
under this Agreement. "Covered Partie
means the Company, any entity forme
currently owned, affiliated, controlled
operated by the Company (a "company
entity"), clients of the Company or a co
entity, and the former and current offi



Company and/or a company entity and
clients of the Company.

**Claims Not Covered.** This Agreement
not apply to: (i) claims for workers'
compensation or unemployment bene
claims expressly precluded from being
arbitrated by a governing federal statu
claims that, under applicable state law
not preempted by the Federal Arbitrat
the parties cannot agree to arbitrate; (
claims that must be brought before th
National Labor Relations Board ("NLRE
claims for any relief asserted under or
governed by the Employee Retirement
Income Security Act of 1974 ("ERISA") (
resolution of ERISA claims will be gove
the terms of the applicable plan and/o
applicable law); (vi) actions to confirm,
modify, or correct an arbitrator's awar
sexual harassment or sexual assault cl
except if the Employee chooses to sub
them to arbitration under the terms of
Agreement; and (viii) nothing in this
Agreement prohibits the filing any clai



Opportunity Commission, NLRB, Secur
and Exchange Commission, or a simila
regulatory agency). To the extent such
is not resolved before the agency, it is
to arbitration under this Agreement ra
than proceeding in court.

**Waiver of Class, Collective, Consolida
and Representative Action Claims.** Ea
the Employee and the Company expre
intends and agrees, to the absolute m:
extent permitted by law, that: (a) class
collective action, or consolidated actio
procedures are hereby waived and sh;
be asserted in arbitration or in court, r
they apply in any arbitration pursuant
Agreement; (b) representative action
procedures are hereby waived and sh;
be asserted in arbitration or in court, r
they apply in any arbitration pursuant
Agreement; (c) each will not assert clas
action, collective action, consolidated ;
or representative action claims against
other in arbitration or court or otherw
(d) the Employee and the Company sh



interests of any other person. No arbit
selected to arbitrate any claim covered
Agreement is authorized to arbitrate a
claim on a class, collective, consolidate
representative basis.

In the event the waiver of representati
actions is found to be unenforceable in
or in part, then the representative acti
be heard in court, not arbitration, as to
portion of the representative claim to
the waiver is found to be unenforceab
all other Covered Claims will remain su
to arbitration. In that event, the
representative claim in court shall be s
until the arbitration is concluded, unle
stay is contrary to applicable law.

Notwithstanding any provision in the
applicable arbitration rules, a court of
must resolve any dispute concerning t
validity and enforceability of the Agree
and the validity, enforceability or
interpretation of the provisions pertair
class, collective, and representative ac



**Neutral Arbitrator.** The arbitration wil
administered by an independent and i
arbitrator from the American Arbitratio
Association ("AAA") in accordance with
AAA Employment Arbitration Rules and
Mediation procedures ("AAA Rules") av
online at www.adr.org/employment (o
provided upon request). If, however, th
Rules are inconsistent with the terms c
Agreement, the terms of this Agreeme
govern. The arbitrator has no relations
with the Company and, just as a judge
lawsuit would, provides an impartial
resolution to the dispute. The arbitrato
be selected by mutual agreement of th
parties from a list of arbitrators provid
the AAA. If for any reason the AAA will
administer the arbitration, the party se
arbitration may initiate the arbitration
JAMS (www.jamsadr.com) or other rec
arbitration services provider.

**Claims Procedure.** A demand for arbit
must be in writing and filed with AAA. '

10



6:26

‹ ☰  ACCEPT TERMS

Employee. The written notice shall ider
and describe the nature of all claims a
and the facts upon which such claims ;
based. Written notice of arbitration sh
initiated within the same time limitatic
federal or state law applies to those cl

**Arbitration Fees and Costs.** The Empl
will pay $200 towards any arbitration f
fee, and the Company will pay all othe
arbitration filing fees as well as the
arbitrator's fees. If any party prevails o
statutory claim that affords the prevail
party attorneys' fees and costs, or if th
written agreement providing for attorr
fees and costs, the party can recover
attorneys' fees and costs to the same ∈
as if the claim had been brought in cou
dispute as to the reasonableness of ar
or cost shall be resolved by the arbitra

**Applicable Law and Effect of Decision**

- Interpretation and Enforcement (
  Agreement: The Federal Arbitrati

6:26

‹ ☰  ACCEPT TERMS

interpretation and enforcement (
Agreement. If, for any reason, the
federal common law is found not
apply to this Agreement (or its
agreement to arbitrate), then apf
state law shall govern.

- Pre-hearing Motions: Only claims
  are recognized under existing lav
  be heard by the arbitrator. Any p
  the arbitration shall have the rigf
  a motion to dismiss and/or a moi
  summary judgment, which the
  arbitrator shall decide by applica
  the standards under the Federal
  of Civil Procedure governing suck
  motions.

- Substantive Law: The arbitrator s
  apply the substantive state or fec
  law (and the law of remedies, if
  applicable) applicable to the clair
  asserted.

- Written Decisions and Awards: TI
  arbitrator shall render a written (
  explaining his or her findings anc
  conclusions. The arbitrator's deci





review under the FAA (or applical
state law).
• No Preclusive Effect: The arbitrat
  decisions and awards shall have
  preclusive effect as to issues or c
  any other arbitration or court
  proceeding, unless all of the part
  the other proceeding were also a
  party in the arbitration in which t
  award or decision was issued.

**Severability.** If any provision of this
Agreement to arbitrate is adjudged to
or otherwise unenforceable, in whole
part, the void or unenforceable provisi
shall be severed and such adjudication
not affect the validity of the remainder
Agreement to arbitrate. The only exce|
that this Agreement is not, and shall n
construed as, reformed to be, or enfor
if it were, an agreement to arbitrate cl;
a class, collective, consolidated, or
representative basis. Stated differentl|
no circumstance will a claim be allowe
proceed in arbitration as a class action

Waiver of Trial by Jury. Each of the En
and the Company understands and fi
agrees that by entering into this Agre
to arbitrate, each agrees to resolve a
claims through arbitration and is givi
the right to have a trial by jury and th
of appeal following the rendering of ;
decision except on the grounds for
reviewing an arbitration award unde
Federal Arbitration Act ("FAA") or app
state law.

**Term of Agreement.** This Agreement t
arbitrate shall survive the termination
Employee's employment.

**Entire Agreement.** This Agreement
constitutes the entire agreement betw
Company and Employee regarding the
subject matter herein and supersedes
and all prior agreements and underst;
regarding the subject matter. This Agr
cannot be amended or modified excer
written agreement between the partie



12.     A copy of the Arbitration Agreement shown in the screenshots above is also attached as Exhibit C.   Once the potential new employee scrolls through the whole Agreement, he or she can tap the box to the left of "I Agree and Accept," and then "Continue." The employee cannot click the "Continue" button without tapping the box that says "I Agree and Accept." After the potential employee taps the box to the left of "I Agree

and Accept" and then "Continue," the application displays the following screen, displaying a green checkmark indicating the potential employee has agreed to the Arbitration Agreement:



13.     The onboarding process gives the potential new employee as much time as they wish for reviewing the terms of the Arbitration Agreement. For example, he or she could review the Arbitration Agreement on one day and then return to the application on another day and click to accept the Arbitration Agreement at that time.

14.     The Arbitration Agreement allows the individual to acknowledge their agreement to be bound by the Arbitration Agreement by clicking "I Agree and Accept." The last paragraph of the Arbitration Agreement states, directly above the button that reads "I Agree and Accept":

> **Employee Acknowledgment**. I understand that by clicking on the "I Agree and Accept" Button below that I agree to the terms of, and agree to be bound by, this Agreement. I further agree and acknowledge that my acceptance of or continuing employment with the Company provides further evidence of my agreement to accept and be bound by the terms of this Agreement. I understand that this Agreement will remain in effect after my employment ends and that nothing in this Agreement modifies the at-will nature of my employment.

15.     After the potential new employee taps "I Agree and Accept" and "Continue" under the Arbitration Agreement, their profile (the one I can view in the onboarding system) will display a green checkmark next to the words "Arbitration Agreement," indicating that the new employees has electronically accepted the Agreement through the Logistics website. Before the new employee clicks "I Agree and Accept" under the Arbitration Agreement, there is no green checkmark next to the words "Arbitration Agreement" in his or her profile. The only way that the check mark can turn green is if the new employee accepts the Arbitration Agreement through his or her account through the steps above. I am not able to access the employee's account and accept the Agreement for the new employee – the employee must do that.

16.     Johnny Poole accepted the Arbitration Agreement in the onboarding process by completing the steps above. A copy of the profile for Johnny Poole is attached hereto as Exhibit A. The profile shows that he electronically accepted the Arbitration Agreement when he was hired by Kratos because there is a green check mark next to the words "Arbitration Agreement" in his profile.

17.     Carlos Gutierrez accepted the Arbitration Agreement in the onboarding process by completing the steps above.  A copy of the profile for Carlos Gutierrez is attached hereto as Exhibit B.  The profile shows that he electronically accepted the

Arbitration Agreement when he was hired by Kratos because there is a green check mark next to the words "Arbitration Agreement" in his profile.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/27/21

Miguel Rodriguez

14946846.2

16

# EXHIBIT A



**7:02**

🔒 logistics.amazon.com

☰                                    amazon

Associates › Johnny Poole

**Johnny Poole**  ● OFFBOARDED

Email: johnnypoole.kratos@gmail.com

Mobile: 3053212824

Date of birth: 7/19/1979

View full profile details

Primary delivery station: Miami

Service types: Amazon logistics

Supervisor: rzmigel

Disable auto-offboarding ☐

Edit

**COVID-19 Vaccine**

✓ Incomplete

**⌄ Onboarding**

**Complete your tasks**

✓ **Drug Test**  Edit
Confirm associate has passed the required drug test

✓ **Associate Settings**  Edit
Enter associate delivery location and type of service

**Track associate tasks**

✓ **Enter personal info**
Profile

✓ **Arbitration Agreem**
Sign arbitration agreement

✓ **Badge Photo**
Upload photo for badge

✓ **Driver's License**
Enter driver's license details

✓ **Videos/Training**
Watch videos/attend training

✓ **Accept Invitation**
Receive invitation and create Amazon

✓ **BGC Agreement Re**
Agree to identity verification and vid

**Track Amazon tasks**

✓ **Background Check**
Perform background check

✓ **Badge Printing**
Print badge to access station

✓ **Account Setup**
Associate setup in Amazon systems

✓ **Driver Record Verifi**
Check associate driving record

18

# EXHIBIT B



2:18

AA logistics.amazon.com

amazon

Associates > Carlos Gutierrez

Edit

Carlos Gutierrez ● INACTIVE Change Status

**Email:** gutierrezcarlos.kratos@gmail.com
**Mobile:** 7869012600
**Date of birth:** 3/5/1978
View full profile details

**Primary delivery station:** N
**Service types:** Amazon log
**Supervisor:** rzmigel
**Disable auto-offboarding**

COVID-19 Vaccine

Incomplete

Onboarding

Complete your tasks

- ✔ Drug Test Edit
  Confirm associate has passed the required drug test
- ✔ Associate Settings Edit
  Enter associate delivery location and type of service

Track associate tasks

- ✔ Enter personal in
  Profile
- ✔ Arbitration Agree
  Sign arbitration agreement
- ✔ Badge Photo
  Upload photo for badge
- ✔ Driver's License
  Enter driver's license details
- ✔ Videos/Training
  Watch videos/attend training
- ✔ Accept Invitation
  Receive invitation and create Am
- ✔ BGC Agreement F
  Agree to identity verification and

Track Amazon tasks

- ✔ Background Chec
  Perform background check
- ✔ Badge Printing
  Print badge to access station
- ✔ Account Setup
  Associate setup in Amazon syster
- ✔ Driver Record Ver
  Check associate driving record

# EXHIBIT C

48307594.2

## MUTUAL AGREEMENT TO INDIVIDUALLY ARBITRATE DISPUTES

It is the Company's goal to provide you (the "Employee") with a rewarding work environment. Disputes related to work can arise, however, and, if not resolved informally, can be disruptive, costly, and time consuming to resolve. Arbitration is an alternative to the traditional lawsuit and may resolve disputes more quickly and with less cost. In a traditional lawsuit, issues are resolved in court by a judge or a jury. In arbitration, issues are resolved outside of court by an independent third-party, known as an arbitrator.

**MANDATORY ARBITRATION. THE EMPLOYEE AND COMPANY AGREE THAT ANY COVERED CLAIM (DEFINED BELOW), WHETHER BASED IN CONTRACT, TORT, STATUTE, COMMON LAW, FRAUD, MISREPRESENTATION OR ANY OTHER LEGAL OR EQUITABLE THEORY, SHALL BE SUBMITTED TO INDIVIDUAL BINDING ARBITRATION.**

**Covered Claims.** Except as explained in the section "Claims Not Covered" below, this Mutual Agreement to Individually Arbitrate Disputes (this "Agreement") covers all past, current, and future grievances, disputes, claims, issues, or causes of action (collectively, "claims") under applicable federal, state or local laws, arising out of or relating to (a) Employee's application, hiring, hours worked, services provided, and/or employment with the Company or the termination thereof, and/or (b) a Company policy or practice, or the Company's relationship with or to a customer, vendor, or third party, including without limitation claims Employee may have against the Company and/or any Covered Parties (defined below), or that the Company may have against Employee.

The claims covered by this Agreement include, but are not limited to claims asserted under or relating to: (i) Title VII of the Civil Rights Act of 1964 and similar state statutes; (ii) Age Discrimination in Employment Act and similar state statutes; (iii) Fair Labor Standards Act or similar state statutes; (iv) Family and Medical Leave Act or similar state statutes; (v) Americans with Disabilities Act or similar state statutes; (vi) injuries you believe are attributable to the Company under theories of product liability, strict liability, intentional wrongdoing, gross negligence, negligence, or respondeat superior; (vii) actions or omissions of third parties you attribute to the Company; (viii) claims brought pursuant to actual or alleged exceptions to the exclusive remedy provisions of state workers compensation laws; (ix) Consolidated Omnibus Budget Reconciliation Act of 1985; (v) federal and state antitrust law; (xi) issues regarding benefits, bonuses, wages, penalties, co-employment, or joint employment; (xii) contracts between you and the Company; (xiii) personal or emotional injury to you or your family; (xiv) federal, state, local, or municipal regulations, ordinances, or orders; (xv) any common law, or statutory law issues relating to discrimination by sex, race, age, national origin, sexual orientation, family or marital status, disability, medical condition, weight, dress, or religion or other characteristic protected by applicable law; (xvi) wrongful retaliation of any type, including retaliation related to workers' compensation laws or employee injury benefit plan actionable at law or equity; and (xvii) misappropriation of confidential information or other acts or omissions by you.

Without limiting the above, the Employee and the Company each specifically acknowledges and agrees that all claims involving minimum wages, overtime, unpaid wages, expense reimbursement, wage statements, and claims involving meal and rest breaks shall be subject to arbitration under this Agreement.

The Employee and the Company each specifically acknowledges and agrees that any claims brought by the Employee against any of the Covered Parties, whether brought jointly or severally with claims against the Company, shall be subject to arbitration under this Agreement. "Covered Parties" means the Company, any entity formerly or currently owned, affiliated, controlled or operated by the Company (a "company entity"), clients of the Company or a company entity, and the former and current officers, directors, managers, employees, owners, attorneys, agents, and vendors of the Company and/or a company entity and/or clients of the Company.

**Claims Not Covered.** This Agreement does not apply to: (i) claims for workers' compensation or unemployment benefits; (ii) claims expressly precluded from being arbitrated by a governing federal statute; (iii)

claims that, under applicable state law that is not preempted by the Federal Arbitration Act, the parties cannot agree to arbitrate; (iv) claims that must be brought before the National Labor Relations Board ("NLRB"); (v) claims for any relief asserted under or governed by the Employee Retirement Income Security Act of 1974 ("ERISA") (the resolution of ERISA claims will be governed by the terms of the applicable plan and/or applicable law); (vi) actions to confirm, vacate, modify, or correct an arbitrator's award; (vii) sexual harassment or sexual assault claims, except if the Employee chooses to submit them to arbitration under the terms of this Agreement; and (viii) nothing in this Agreement prohibits the filing any claim or charge with a government administrative agency (for example, the Equal Employment Opportunity Commission, NLRB, Securities and Exchange Commission, or a similar state regulatory agency). To the extent such a claim is not resolved before the agency, it is subject to arbitration under this Agreement rather than proceeding in court.

**Waiver of Class, Collective, Consolidated and Representative Action Claims.** Each of the Employee and the Company expressly intends and agrees, to the absolute maximum extent permitted by law, that: (a) class action, collective action, or consolidated action procedures are hereby waived and shall not be asserted in arbitration or in court, nor will they apply in any arbitration pursuant to this Agreement; (b) representative action procedures are hereby waived and shall not be asserted in arbitration or in court, nor will they apply in any arbitration pursuant to this Agreement; (c) each will not assert class action, collective action, consolidated action or representative action claims against the other in arbitration or court or otherwise; and (d) the Employee and the Company shall only submit their own, individual claims in arbitration and will not seek to represent the interests of any other person. No arbitrator selected to arbitrate any claim covered by this Agreement is authorized to arbitrate any claim on a class, collective, consolidated, or representative basis.

In the event the waiver of representative actions is found to be unenforceable in whole or in part, then the representative action will be heard in court, not arbitration, as to the portion of the representative claim to which the waiver is found to be unenforceable and all other Covered Claims will remain subject to arbitration. In that event, the representative claim in court shall be stayed until the arbitration is concluded, unless such stay is contrary to applicable law.

Notwithstanding any provision in the applicable arbitration rules, a court of law must resolve any dispute concerning the validity and enforceability of the Agreement, and the validity, enforceability or interpretation of the provisions pertaining to class, collective, and representative action waivers. The arbitrator must resolve all other disputes, including the arbitrability of claims pursuant to such other provisions.

**Neutral Arbitrator.** The arbitration will be administered by an independent and neutral arbitrator from the American Arbitration Association ("AAA") in accordance with the AAA Employment Arbitration Rules and Mediation procedures ("AAA Rules") available online at www.adr.org/employment (or to be provided upon request). If, however, the AAA Rules are inconsistent with the terms of this Agreement, the terms of this Agreement shall govern. The arbitrator has no relationship with the Company and, just as a judge in a lawsuit would, provides an impartial resolution to the dispute. The arbitrator will be selected by mutual agreement of the parties from a list of arbitrators provided by the AAA. If for any reason the AAA will not administer the arbitration, the party seeking arbitration may initiate the arbitration with JAMS (www.jamsadr.com) or other recognized arbitration services provider.

**Claims Procedure.** A demand for arbitration must be in writing and filed with AAA. Written notice of any Company claim will be delivered by certified or registered mail, return receipt requested, to the last known address of Employee. The written notice shall identify and describe the nature of all claims asserted and the facts upon which such claims are based. Written notice of arbitration shall be initiated within the same time limitations that federal or state law applies to those claim(s).

**Arbitration Fees and Costs.** The Employee will pay $200 towards any arbitration filing fee, and the Company will pay all other arbitration filing fees as well as the arbitrator's fees. If any party prevails on a statutory claim that affords the prevailing party attorneys' fees and costs, or if there is a written agreement providing for attorneys' fees and costs, the party can recover attorneys' fees and costs to the same extent as if the claim had been brought in court. Any dispute as to the reasonableness of any fee or cost shall be resolved by the arbitrator.

**Applicable Law and Effect of Decisions.**

- Interpretation and Enforcement of the Agreement: The Federal Arbitration Act ("FAA") and federal common law applicable to arbitration shall govern the interpretation and enforcement of this Agreement. If, for any reason, the FAA or federal common law is found not to apply to this Agreement (or its agreement to arbitrate), then applicable state law shall govern.
- Pre-hearing Motions: Only claims that are recognized under existing law may be heard by the arbitrator. Any party to the arbitration shall have the right to file a motion to dismiss and/or a motion for summary judgment, which the arbitrator shall decide by application of the standards under the Federal Rules of Civil Procedure governing such motions.
- Substantive Law: The arbitrator shall apply the substantive state or federal law (and the law of remedies, if applicable) applicable to the claim(s) asserted.
- Written Decisions and Awards: The arbitrator shall render a written decision explaining his or her findings and conclusions. The arbitrator's decision shall be final and binding upon the parties to the arbitration, subject only to review under the FAA (or applicable state law).
- No Preclusive Effect: The arbitrator's decisions and awards shall have no preclusive effect as to issues or claims in any other arbitration or court proceeding, unless all of the parties in the other proceeding were also a named party in the arbitration in which the award or decision was issued.

**Severability.** If any provision of this Agreement to arbitrate is adjudged to be void or otherwise unenforceable, in whole or in part, the void or unenforceable provision shall be severed and such adjudication shall not affect the validity of the remainder of this Agreement to arbitrate. The only exception is that this Agreement is not, and shall never be construed as, reformed to be, or enforced as if it were, an agreement to arbitrate claims on a class, collective, consolidated, or representative basis. Stated differently, under no circumstance will a claim be allowed to proceed in arbitration as a class action, collective action, consolidated action, or representative action.

**Waiver of Trial by Jury. Each of the Employee and the Company understands and fully agrees that by entering into this Agreement to arbitrate, each agrees to resolve all claims through arbitration and is giving up the right to have a trial by jury and the right of appeal following the rendering of a decision except on the grounds for reviewing an arbitration award under the Federal Arbitration Act ("FAA") or applicable state law.**

**Term of Agreement.** This Agreement to arbitrate shall survive the termination of Employee's employment.

**Entire Agreement.** This Agreement constitutes the entire agreement between the Company and Employee regarding the subject matter herein and supersedes any and all prior agreements and understandings regarding the subject matter. This Agreement cannot be amended or modified except by a written agreement between the parties.

**Employee Acknowledgment.** I understand that by clicking on the "I Agree and Accept" Button below that I agree to the terms of, and agree to be bound by, this Agreement. I further agree and acknowledge that my acceptance of or continuing employment with the Company provides further evidence of my agreement to accept and be bound by the terms of this Agreement. I understand that this Agreement will remain in effect after my employment ends and that nothing in this Agreement modifies the at-will nature of my employment.