UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-22609-COOKE/O'SULLIVAN

JOHNNY E. POOLE,
For himself and others similarly situated,

    Plaintiff(s),

vs.

KRATOS LOGISTICS LLC,
MIGUEL ANGEL RODRIGUEZ, and
DANIEL CAMEJO,

    Defendants.
_____/

## **PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN**

    Plaintiff, Johnny E. Poole, notices the Court and all parties of the filing of the Consent to Join by Travis Taylor.

    Respectfully submitted this 8th day of September 2021.

                                    Brian H. Pollock, Esq.
                                    Brian H. Pollock, Esq. (174742)
                                    brian@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Ave
                                    Suite 770
                                    Coral Gables, FL 33146
                                    Tel:    305.230.4884
                                    *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
tel 305.230.4884   fax 305.230.4844
www.fairlawattorney.com