**<u>DECLARATION AND NOTICE OF CONSENT TO JOIN</u>**

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1.   I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2.   Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3.   I was employed by KRATOS LOGISTICS LLC, MIGUEL RODRIGUEZ, and DANIEL CAMEJO from approximately the end of November 2020 to July 7/8, 2021.

4.   I was not paid at least a minimum wage and/or overtime wages for all of the time that I worked for the Defendant(s).

5.   I agree to any decision to be bound in my case.

Dated __Aug 11, 2021__                Signed: __Travis Taylor (Aug 11, 2021 16:59 EDT)__

                                        Printed Name:__Travis Taylor__