UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-22609-COOKE/O'SULLIVAN**

JOHNNY E. POOLE, *for himself and others similarly situated*,

    Plaintiffs,

vs.

KRATOS LOGISTICS LLC, MIGUEL ANGEL RODRIGUEZ, and DANIEL CAMEJO,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

    THIS MATTER is before me on the order approving settlement agreement and recommending this case be dismissed with prejudice, ECF No. 27, of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge.

    In his order and recommendation, Judge O'Sullivan approved the parties' settlement and recommends that the Court dismiss this case with prejudice and retain jurisdiction until October 29, 2021, to enforce the terms of the settlement agreement. The parties have not filed objections to the order and recommendation, and the time to do so has passed.

    I have reviewed Judge O'Sullivan's order and recommendation, the record, and the relevant legal authorities. Having done so, I find Judge O'Sullivan's recommendation to be clear, cogent, and compelling.

    Accordingly, Judge O'Sullivan's recommendation is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the case will be **DISMISSED with prejudice**, and the Court will retain jurisdiction until October 29, 2021, to enforce the terms of the settlement agreement. The Clerk is ordered to **CLOSE** this case. All pending motions, if any, will be **DENIED as moot**.

    .

**DONE and ORDERED** in chambers, at Miami, Florida, this 12th day of September 2021.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*